AUGUST 23, 1961

**No. 65987.**—James G. Wiley, a/c William G. Morschauser *v.* United States, protests 59/22333–A and 59/34425.— Plaintiff's application for rehearing granted.

AUGUST 21, 1961

**No. 65988.**—SUIT 5060.—John S. James, a/c The Consolidated Packaging Corp. *v.* United States.——Abstract 64481 affirmed April 14, 1961. C.A.D. 768.

BEFORE THE SECOND DIVISION, AUGUST 28, 1961

**No. 65989.**—Frances Hirsch et al. *v.* United States, protests 59/11133, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.

**No. 65990.**—Bonwit Teller, Inc. *v.* United States, protest 59/20333 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.